# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 21, 2025
Lyle W. Cayce
Clerk

No. 24-60084

Deep South Center for Environmental Justice; Healthy Gulf; Alliance for Affordable Energy,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review from an Order
of the Environmental Protection Agency
Agency No. 89 Fed. Reg. 703
_____

Before Graves, Engelhardt, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petitions of Deep South Center for Environmental Justice, Healthy Gulf, and Alliance for Affordable Energy for review of a final order of the Environmental Protection Agency and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is DISMISSED.

No. 24-60084

IT IS FURTHER ORDERED that Petitioners pay to Respondents the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.