# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 13, 2025
Lyle W. Cayce
Clerk

No. 24-60084

DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE; HEALTHY GULF; ALLIANCE FOR AFFORDABLE ENERGY,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, *Administrator United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 89 Fed. Reg. 703

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT